1 SEYFARTH SHAW LLP
Mark P. Grajski (State Bar No. 178050)
2 Lindsay S. Fitch (State Bar No. 238227)
400 Capitol Mall, Suite 2350
3 Sacramento, California 95814-4428
Telephone: (916) 448-0159
4 Facsimile: (916) 558-4839

5 Attorneys for Defendant
COSTCO WHOLESALE CORPORATION

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT

| RICHARD THEIN, | ) | Case No. 2:07-CV-02062-LKK-DAD |
|---|---|---|
| Plaintiff, | ) | **STIPULATION FOR DISMISSAL WITH PREJUDICE; ORDER** |
| v. | ) | |
| COSTCO WHOLESALE CORPORATION, a Washington Corporation; and DOES 1-50, inclusive, | ) | **(FED. R. CIV. P., Rule 41(a))** |
| Defendants. | ) | |

Plaintiff RICHARD THEIN and defendant COSTCO WHOLESALE CORPORATION, by and through their respective counsel, hereby stipulate that the above-captioned action be dismissed with prejudice, each side to bear its own costs and attorneys' fees.

DATED: July____, 2008                                SEYFARTH SHAW LLP


                                                     By_____
                                                         Mark P. Grajski
                                                         Lindsay S. Fitch
                                                     Attorneys for Defendant
                                                     COSTCO WHOLESALE CORPORATION

1
STIPULATION FOR DISMISSAL

SC1 17095478.1

1 | DATED: July ___, 2008						THE VELEZ LAW FIRM

							By_____
									Mark Velez
								Attorneys for Plaintiff
								RICHARD THEIN

**IT IS SO ORDERED.**

**DATED: July 24, 2008**

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT